# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00816-CV

**In re Jose Cecelio Gonzales**

## ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator filed a petition for writ of mandamus, complaining that the Hays County Clerk had not forwarded a motion to reduce sentence as required by law and asking that we order the clerk to transmit the documents as well as sending him a copy of the trial court's findings on his motion. *See* Tex. R. App. P. 52.8. We contacted the clerk, who informed us that the motion was forwarded to the trial court upon its filing on October 7, 2010, and that the trial court denied the motion on or about December 15, 2010. A copy of the trial court's order was mailed to relator on December 16. Because relator has received the relief he sought, we dismiss as moot the petition for writ of mandamus.

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Filed: December 30, 2010